■ ALEXANDER SPIEGEL et al., Appellants-Respondents, v ISRAEL F. GOODMAN et al., Respondents-Appellants. [614 NYS2d 179] —In an action, *inter alia,* to recover damages for wrongful eviction and abuse of process, (1) the plaintiffs appeal, as limited by their brief, from stated portions of a judgment of the Supreme Court, Kings County (Dowd, J.), dated October 17, 1991, which, *inter alia,* awarded them only $750 in alternative living accommodations, and vacated the award of punitive damages to Rudy Spiegel and Andrew Spiegel, and (2) the defendants cross-appeal from so much of the same judgment as found in favor of the plaintiffs and against them.

Ordered that the judgment is modified, by deleting the provisions thereof which granted the plaintiffs Alexander Spiegel and Elizabeth Spiegel punitive damages; as so modified, the judgment is affirmed, without costs or disbursements.

Punitive damages should only be awarded when there is a showing that a defendant's actions are heinous or reprehensible (see, Lyke v Anderson, 147 AD2d 18). In the instant case, there was no showing of malice on the part of the defendants in the procurement of the invalid warrant of eviction; thus, a basis for awarding punitive damages was not established (see, Long Is. Airports Limousine Serv. Corp. v Northwest Airlines, 124 AD2d 711; Brandt v de Kosenko, 57 Misc 2d 574).

We have reviewed the parties' remaining contentions and find them to be without merit. Balletta, J. P., Copertino, Hart and Krausman, JJ., concur.